1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

EVAN NEALE,
a Washington resident,

                Plaintiff,

v.

BNSF RAILWAY COMPANY,
a Delaware corporation,

                Defendant.

No. 2:23−cv−00426−JHC

**ORDER RE: JOINT STIPULATED**
**MOTION TO EXTEND CERTAIN**
**DEADLINES**

      This matter comes before the Court on the parties' Joint Stipulated Motion to Extend

Certain Deadlines.  Dkt. # 24.  The Court has reviewed the Motion and based on the files and

records herein, and the Court being fully advised,

      IT IS HEREBY ORDERED that the Joint Stipulated Motion to Extend Certain Deadlines

is GRANTED in part and DENIED in part.  The new deadlines are as follows:

      January 12, 2024      Deadline to File Discovery Motions

      February 12, 2024      Discovery Cutoff

ORDER RE: JOINT STIPULATED MOTION TO EXTEND
CERTAIN DEADLINES - 1
Case No. 2:23-cv-00426-JHC

1    February 22, 2024    Deadline to File Dispositive Motions (to allow the Court sufficient

2  time to address any such motions prior to the trial date)

3    All other deadlines in this action, including the trial date, remain unchanged.

4    DATED: December 14, 2023.

5

6  _____
   John H. Chun, U.S. District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  ORDER RE: JOINT STIPULATED MOTION TO EXTEND
    CERTAIN DEADLINES - 2
25  Case No. 2:23-cv-00426-JHC