UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVAN NEALE, a Washington resident,<br><br>                              Plaintiff,<br><br>   v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>                              Defendant. | NO. 2:23-cv-00426-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

### STIPULATION

IT IS HERBY STIPULATED AND AGREED by the Parties, Plaintiff EVAN NEALE, and Defendant BNSF RAILWAY COMPANY, by and through their undersigned counsel, that this action is dismissed with prejudice in its entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED that each party shall bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER OF DISMISSAL - 1
2:23-cv-00426-JHC

**AGREED AND STIPULATED TO** this 17th day of May, 2024.

| ROSSI VUCINOVICH, P.C. | RYAN, SWANSON & CLEVELAND, PLLC |
|---|---|
| /s/ C.N. Coby Cohen | /s/ Britenae Pierce |
| /s/ Jason Simmons | /s/ Julia Fleming |
| C.N. Coby Cohen, WSBA No. 30034 | Britenae Pierce, WSBA No. 34032 |
| Jason Simmons, WSBA No. 39278 | Julia Fleming, WSBA No. 58743 |
| 1000 Second Avenue, Suite 1420 | 401 Union Street, Suite 1500 |
| Seattle, Washington 98104 | Seattle, Washington 98101 |
| Telephone: (206) 646-8003 | Telephone: (206) 464-4224 |
| ccohen@rvflegal.com | pierce@ryanlaw.com |
| jsimmons@rvflegal.com | jfleming@ryanlaw.com |
| *Attorneys for Plaintiff Evan Neale* | *Attorneys for Defendant BNSF Railway Company* |

## ORDER

THIS MATTER, having come on regularly before the Court, and the Court having reviewed the stipulation of the parties, and the records and files herein, now, therefore, it is hereby;

ORDERED, ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice and without costs or fees to any party.

IT IS SO ORDERED this 17th day of May, 2024.

John H. Chun
United States District Judge